

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marvin K. Locke | Civil Action No.   17cv0453-JLS-JMA |
| **Plaintiff,** | |
| V. | |
| Daniel Paramo, Warden | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court adopts the Report and Recommendation, Overrules Petitioner's Objections, and denies Petitioner's Motion for a Certificate of Appealability.

| | |
|---|---|
| **Date:**       1/8/18 | **CLERK OF COURT** <br> **JOHN MORRILL, Clerk of Court** <br> By:  s/  M. Lozano <br> M. Lozano, Deputy |